**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6967**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLEVELAND  NELSON,  a/k/a  Cleve,  a/k/a  Fat
Daddy,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Fayetteville.  Malcolm J. Howard, Dis-
trict Judge.  (CR-94-57-H, CA-97-578-H)

─────────────

Submitted:  October 8, 1998        Decided:  November 16, 1998

─────────────

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Cleveland Nelson, Appellant Pro Se.  Jane J. Jackson, Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cleveland Nelson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Nelson</u>, Nos. CR-94-57-H; CA-97-578-H (E.D.N.C. Apr. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED